ACCEPTED
03-15-00105-CR
5921596
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/2/2015 2:14:44 PM
JEFFREY D. KYLE
CLERK

03-15-00105-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE THIRD COURT** |
| | § | |
| **vs.** | § | **OF APPEALS** |
| | § | |
| **JUSTIN MURPHY** | § | **TRAVIS COUNTY, TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/2/2015 2:14:44 PM
JEFFREY D. KYLE
Clerk

## MOTION FOR REHEARING OF STATE'S MOTION TO DISMISS FOR LACK OF JURISDICTION

**TO THE HONORABLE COURT:**

Now comes Justin Murphy, by and through Adam Reposa and files this Motion for Rehearing, and shows the following:

1.  Appellant had a Second Writ of Habeas Corpus granted by Jon Wisser on Jan 26, 2015 restoring appeal rights in the above styled case. See attached Exhibit A

2.  Counsel for Appellant timely filed his notice of appeal on February 10, 2015 per order.

This motion is not made for purposes of delay but that justice may be done.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that the Court rehear the Motion to Dismiss and enter a new order denying the Motion to Dismiss.

Respectfully submitted,

Adam T. Reposa
1106 San Antonio
Austin, Texas 78701
Tel: (512) 476-0444
Fax: (512) 478-1114

By: _____
Adam T. Reposa
State Bar No. 24040163
Attorney for Defendant

## CERTIFICATE OF SERVICE AND CONFERENCE

This is to certify that on July 2, 2015, a true and correct copy of the above and foregoing document was served on the Travis County Attorney's Office, by hand delivery.

_____

Adam Thomas King Blackwell Reposa,

**THE STATE OF TEXAS**          §
**COUNTY OF TRAVIS**            §

### AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared, Adam Thomas King Blackwell Reposa, attorney for Justin Murphy, who being by me duly sworn, upon oath deposes and says,

"I am Adam Thomas King Blackwell Reposa, the Attorney for Justin Murphy; I have prepared and read the above and it is true and correct."

_____

Adam Thomas King Blackwell Reposa,
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on JULY  2  , 2015, to certify which witness my hand and seal of office.



_____
Notary Public

LA SHANDA L. ALEXANDER
Notary Public, State of Texas
My Commission Expires
January 16, 2018

# CAUSE NO. <u>C-1-CR 07-200104</u>

| | | |
|---|---|---|
| STATE OF TEXAS | § | COUNTY COURT AT LAW |
| | § | |
| V. | § | NUMBER 3 |
| | § | |
| JUSTIN MURPHY | § | TRAVIS COUNTY, TEXAS |

## ORDER ON SECOND PETITION FOR WRIT OF HABEAS CORPUS

On this the 26th day of January 2015 the Court considered the Petitioner's Second Petition for a Writ of Habeas Corpus. Both parties having waived argument the Court considered the petition and took judicial notice of the court's file and docket sheet. The Court finds that the Petitioner, through no fault of his or his attorney, was denied the opportunity to appeal the Court's order on his first petition for writ of habeas Corpus. THEREFORE IT IS ORDERED, that the Petitioner be and is hereby granted leave to appeal the Order of this Court signed on August 28, 2014. The time to appeal shall commence as of this date.


SIGNED on 26th day of January, 2015.


JON WISSER
JUDGE PRESIDING BY ASSIGNMENT

3